**BOUTIN JONES INC.**
Michael E. Chase (SBN 214506)
Bashar Ahmad (SBN 258619)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone (916) 321-4444
Facsimile (916) 441-7597

Attorneys for Plaintiff Television Education, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TELEVISION EDUCATION, INC., <br><br> Plaintiff, <br> vs. <br><br> CONTRACTORS INTELLIGENCE SCHOOL, INC.; CONTRACTORS PUBLISHER, INC.; and DOES 1-25, <br><br> Defendants. | **Case No.:** <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL** |

Plaintiff Television Education, Inc. alleges:

## JURISDICTION AND VENUE

1. This is a civil action for copyright infringement under the Copyright laws of the United States, 17 U.S.C. section 101 *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. sections 1338(a) and (b).

2. Venue is proper in this district under 28 U.S.C. section 1400 (a), because defendants or their agents reside or may be found in this district.

## THE PARTIES

3. Plaintiff Television Education, Inc. ("Television Education") is and at all times mentioned herein was a California corporation with its principal place of business in West Sacramento, California.

4. Television Education is informed and believes and on that basis alleges that Defendant Contractors Intelligence School, Inc. ("Defendant CISI") is a California corporation with its principal place of business in Rancho Cordova, California.

5. Television Education is informed and believes and on that basis alleges that Defendant Contractors Publisher, Inc. ("Defendant CPI") is a California corporation with its principal place of business in Rancho Cordova, California

6. The true names and capacities of defendants DOES 1 through 25, inclusive, whether individual, corporate, associate or otherwise, are unknown to Television Education at this time, which therefore sues said defendants, and each of them, by such fictitious names. Television Education is informed and believes and on that basis alleges Defendant CISI and Defendant CPI, together with DOES 1 through 25, inclusive, were and are the agents, servants, employees and/or joint venturers of each other and that all defendants participated in each of the acts and omissions of the other defendants and did so with knowledge and intent and/or are in some way responsible for the events and happenings referred to herein, either contractually or tortiously, and caused the damages to Television Education as herein alleged; that all of the things alleged to have been done by said defendants were done under the scope and capacity of and as agents, servants, employees, representatives and/or joint venturers for each of the other defendants and that all of the things alleged to have been done were done with the knowledge, authority, consent, approval, agreement, adoption and/or ratification of each of the other defendants. Television Education will seek leave of this Court to amend this Complaint to state the true names and capacities of the fictitiously named defendants when the same have been ascertained.

7. Defendant CISI, Defendant CPI and Defendants DOES 1 through 25 are sometimes referred to collectively herein as "Defendants".

**BACKGROUND FACTS**

8. Television Education is the owner of copyrights in numerous educational materials, including the test preparation manuals for California's General Building (B) contractors' license exam ("the B Manual"), Painting and Decorating (C-33) contractors' license

exam ("the C-33 Manual") and Plumbing (C-36) contractors' license exam ("the C-36 Manual") (collectively, "the Subject Manuals").

9. Television Education registered its copyrights in the B Manual (TX0003026497), the C-33 Manual (TX0002876171), and the C-36 Manual (TX0002867550).

10. Since the creation of the Subject Manuals, Television Education has been and still is the sole proprietor of all rights, title and interest in the copyrights of the Subject Manuals.

11. Television Education and Defendant CISI are parties to a written Agreement to Supply Educational Materials ("Agreement") executed December 22, 2014. In the Agreement, Defendant CISI acknowledged Television Education's copyrights in its educational materials, including the Subject Manuals. Defendant CISI further agreed that Television Education's educational materials, including the Subject Manuals, "are unique and the product of [Television Education's] own efforts."

12. In the Agreement, Defendant CISI further agreed that, other than copies of the practice and update tests listed in Exhibit D to the Agreement using submasters provided by Television Education, Defendant CISI will not "copy, plagiarize, paraphrase, or duplicate" any of the educational materials owned by Television Education, including the Subject Manuals, or allow any of its employees or any other person or firm to do so.

**The B Manual**

13. Defendant CISI purchased and re-sold the B Manual pursuant to the Agreement until June of 2015. After June of 2015, Defendant CISI began selling a knock-off manual purportedly generated, on information and belief, by Defendant CPI ("the CPI Knock-Off B Manual").

14. The CPI Knock-Off B Manual claims a copyright, using the copyright symbol and the date 2015 next to Defendant CPI's name. Defendant CISI and Defendant CPI registered a putative copyright in the CPI Knock-Off B Manual in July 2015.

15. The CPI Knock-Off B Manual contains essentially the same selection and arrangement of facts and data as Television Education's B Manual. Defendant CPI's version has

nearly identical formatting and was clearly plagiarized, paraphrased and copied from the B Manual.

16. For example, and without limiting the extent of the similarities between the CPI Knock-Off B Manual and Television Education's B Manual, CPI's Knock-Off B Manual's "Rebar" and "Concrete Mixtures" sections are equivalent to the B Manual's "Reinforcement" and "Mixing Concrete" sections, respectively. As a further example, the CPI's Knock-Off Manual's "Water Heaters" section contains the same information as the B Manual and in the same order.

**The C-33 Manual**

17. Defendant CISI also purchased and re-sold the C-33 Manual pursuant to the Agreement until January 2016, when it started selling a knock-off manual also purportedly generated by, on information and belief, Defendant CPI ("the CPI Knock-Off C-33 Manual"). The CPI Knock-Off C-33 Manual claims a copyright, using the copyright symbol and the date 2015 next to Defendant CPI's name.

18. As with the other CPI knock-offs, the CPI Knock-Off C-33 Manual contains essentially the same selection and arrangement of facts and data as the copyrighted Television Education's C-33 Manual. As with the other CPI knock-offs. CPI's version has nearly identical formatting and was clearly plagiarized, paraphrased and copied from the C-33 Manual.

19. For example, and without limiting the extent of the similarities between the CPI Knock-Off C-33 Manual and Television Education's C-33 Manual, CPI's Knock-Off C-33 Manual's "Planning & Estimating" section is equivalent to the C-33 Manual's "Math" section. As a further example, the CPI's Knock-Off C-33 Manual's "Excavations, Trenching and Shoring" section contains the same information as the C-33 Manual and in the same order.

**The C-36 Manual**

20. Defendant CISI purchased and re-sold Television Education's C-36 Manual pursuant to the Agreement until November 2015. After that date, Defendant CISI started selling a knock-off manual also purportedly generated by, on information and belief, Defendant CPI

("the CPI Knock-Off C-36 Manual"). The CPI Knock-Off C-36 Manual also claims a copyright, using the copyright symbol and the date 2015 next to Defendant CPI's name.

21. As with the other CPI knock-offs, the CPI Knock-Off C-36 Manual contains essentially the same selection and arrangement of facts and data as the copyrighted C-36 Manual. As with the other CPI knock-offs, the CPI Knock-Off C-36 Manual has nearly identical formatting and was clearly plagiarized, paraphrased, and copied from the C-36 Manual. Defendant CPI's copying of the C-36 Manual was particularly egregious with portions lifted verbatim.

22. For example, and without limiting the extent of the similarities between the CPI Knock-Off C-36 Manual and Television Education's C-36 Manual, CPI's Knock-Off C-36 Manual's "Pipe Fittings" section is the same as the C-36 Manual's "Pipe Fittings" section and contains the same or similar images. As a further example, the CPI's Knock-Off C-36 Manual's "Sanitary Drainage" section has the same title and contains the same information as the C-36 Manual.

23. On or about June 6, 2016, Television Education notified Defendant CISI and Defendant CPI that they have infringed the copyrights of Television Education. A true and correct copy of Television Education's June 6, 2016 Cease and Desist Letter to Defendant CISI and Defendant CPI is attached hereto as **Exhibit "A"**.

24. Despite notice from Television Education, Defendant CISI and Defendant CPI willfully continued to infringe the copyrights discussed herein.

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement Against Defendants)**

25. This cause of action incorporates the allegations in paragraphs 1 through 24, above.

26. Defendants' publishing, sale and marketing of the CPI Knock-Off B Manual, the CPI Knock-Off C-33 Manual and the CPI Knock-Off C-36 Manual infringe the copyrights of Television Education.

797363.1

27. Defendants' wrongful acts were committed with knowledge that such copyrights belong to Television Education and are protected.

28. As a result of the acts alleged herein, Defendants' have engaged in unfair trade practices and unfair competition against Television Education to Television Education's irreparable damage.

29. Television Education is presently unable to ascertain the full nature and extent of its monetary damages because of Defendants' acts. Television Education will seek leave of court to amend this complaint when the full nature and extent of its monetary damages have been ascertained.

30. In doing the acts alleged herein, Defendants have acted oppressively and maliciously, and Television Education is entitled to recover, in addition to actual damages, punitive damages against Defendants.

WHEREFORE, Television Education prays for judgment as set forth below.

## **PRAYER FOR RELIEF**

Plaintiff Television Education, Inc. prays that the Court enter judgment as follows:

1. That Defendants Contractors Intelligence School, Inc. and Contractors Publisher, Inc. and their agents, servants and anyone acting in concert with them be enjoined during the pendency of this action and permanently from infringing Television Education's copyrights as set forth herein in any manner whatsoever, and from publishing, selling, marketing or otherwise disposing of any copies of the CPI Knock-Off B Manual, the CPI Knock-Off C-33 Manual and the CPI Knock-Off C-36 Manual.

2. That Defendants be required to pay to Television Education such damages as Television Education has sustained in consequence of Defendants' infringement of Television Education's copyrights in the B Manual, the C-33 Manual and the C-36 Manual and for Defendants' unfair trade and unfair competition and to account for:

(a) All gains, profits, and advantages derived by Defendants by said unfair trade practices and unfair competition; and

(b) All gains, profits, and advantages derived by Defendants by their infringement of Television Educations' copyrights or such damages as to the Court shall appear proper within the provision of the copyright statutes, but not less $750 per act of infringement.

3. That Defendants be required to deliver up to be impounded during the pendency of this action all copies of Defendants' CPI Knock-Off B Manual, the CPI Knock-Off C-33 Manual and the CPI Knock-Off C-36 Manual in their possession or under their control and to deliver up for destruction all infringing copies and all apparatus for making such infringing copies.

4. That Defendants pay to Television Education punitive damages.

5. That Defendants pay to Television Education the costs of the action and reasonable attorneys' fees to be allowed by the Court to Television Education.

6. That Television Education have such other and further relief as is just and appropriate.

Dated: June 23, 2016 **BOUTIN JONES INC.**

By: /s/ Michael E. Chase
Michael E. Chase
Bashar Ahmad
Attorneys for Plaintiff Television Education, Inc.

## **DEMAND FOR A JURY TRIAL**

TELEVISION EDUCATION DEMANDS A JURY TRIAL.

Dated: June 23, 2016 **BOUTIN JONES INC.**

By: /s/ Michael E. Chase
Michael E. Chase
Bashar Ahmad
Attorneys for Plaintiff Television Education, Inc.

-7-
**COMPLAINT**
797363.1

**EXHIBIT A**



June 6, 2016

**Via Email (leo@contractorsischool.com) and U.S. Mail**

Leonid Vorontsov
Contractors Intelligence School, Inc.
Contractors Publisher, Inc.
3301 Sunrise Blvd., Suite D
Rancho Cordova, California 95742

Re: Television Education, Inc.
**CEASE AND DESIST DEMAND**

Dear Mr. Vorontsov:

We represent Television Education, Inc. (Television Education) in connection with the subject matter of this letter. If you or either of your companies is represented by an attorney in connection to this matter, please provide this letter to him or her.

As you know, Television Education is the owner of copyrights in numerous educational materials, including the test preparation manuals for California's General Building (B) contractors' license exam ("the B Manual"), Painting and Decorating (C-33) contractors' license exam ("the C-33 Manual") and Plumbing (C-36) contractors' license exam ("the C-36 Manual") (collectively, "the Subject Manuals"). Our client has registered its copyrights in the B Manual (TX0003026497), the C-33 Manual (TX0002876171), and C-36 Manual (TX0002867550).

As you also know, Television Education and Contractors Intelligence School, Inc. ("CISI") are parties to a written Agreement to Supply Educational Materials ("Agreement") executed December 22, 2014, in which CISI acknowledged Television Education's copyrights in its educational materials, including the Subject Manuals. CISI further agreed that Television Education's educational materials, including the Subject Manuals, "are unique and the product of [Television Education's] own efforts."

In the Agreement, CISI further agreed that, other than copies of the practice and update tests listed in Exhibit D using submasters provided by Television Education, CISI will not "copy, plagiarize, paraphrase, or duplicate" any of the educational materials owned by Television Education, including the Subject Manuals, or allow any of its employees or any other person or firm to do so.

555 Capitol Mall          Tel / 916.321.4444
Suite 1500                Fax / 916.441.7597
Sacramento, CA 95814      **BOUTINJONES.COM**



Leonid Vorontsov
Contractors Intelligence School, Inc.
Contractors Publisher, Inc.
Re:     **Television Education, Inc.**
June 6, 2016
Page 2

Federal law also prohibits unauthorized copying Television Education's educational materials, including the Subject Manuals. "Copyright protection subsists ... in original works of authorship fixed in any tangible medium of expression ...." 17 U.S.C. § 102(a). Compilations of facts are protected because the "author typically chooses which facts to include, in what order to place them, and how to arrange the collected data so that they may be used effectively by readers." *Feist Publications, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 348 (1991). The Copyright Act protects "choices as to selection and arrangement." *Id.* It is well-settled that test preparation materials like the Subject Manuals are protected from copying. *See, e.g., Am. Registry of Radiologic Technologists v. Bennett*, 939 F. Supp. 2d 695, 702-04 (W.D. Tex. 2013) (citing cases).

CISI purchased and re-sold the B Manual pursuant to the Agreement until June of 2015, after which it started selling a knock-off manual purportedly generated by another company associated with CISI which you also own and/or control, Contractors Publisher, Inc. ("CPI"). The knock-off claims a copyright, using the copyright symbol and the date 2015 next to CPI's name. CISI and CPI registered a putative copyright in the CPI knock-off manual in July 2015.

The CPI knock-off of the B Manual contains essentially the same selection and arrangement of facts and data as the B Manual. CPI's version has nearly identical formatting and was clearly plagiarized, paraphrased and copied from the B Manual. Selling the CPI knock-off violates the Agreement and federal law. **CISI and CPI must IMMEDIATELY CEASE AND DESIST from selling the CPI knock-off of the B Manual**.

CISI purchased and re-sold the C-33 Manual pursuant to the Agreement until January 2016, when it started selling a knock-off manual also purportedly generated by CPI. The knock-off claims a copyright, using the copyright symbol and the date 2015 next to CPI's name.

As with the other CPI knock-offs, the CPI knock-off of the C-33 Manual contains essentially the same selection and arrangement of facts and data as the copyrighted C-33 Manual. As with the other CPI knock-offs. CPI's version has nearly identical formatting and was clearly plagiarized, paraphrased and copied from the C-33 Manual. Selling the CPI knock-off violates the Agreement and federal law. **CISI and CPI must IMMEDIATELY CEASE AND DESIST from selling the CPI knock-off of the C-33 Manual**.



Leonid Vorontsov
Contractors Intelligence School, Inc.
Contractors Publisher, Inc.
Re:     Television Education, Inc.
June 6, 2016
Page 3

CISI purchased and re-sold the C-36 Manual pursuant to the Agreement until November 2015, after which it started selling a knock-off manual also purportedly generated by CPI. This knock-off also claims a copyright, using the copyright symbol and the date 2015 next to CPI's name.

As with the other CPI knock-offs, the CPI knock-off of the C-36 Manual contains essentially the same selection and arrangement of facts and data as the copyrighted C-36 Manual. As with the other CPI knock-offs, CPI's version has nearly identical formatting and was clearly plagiarized, paraphrased ,and copied from the C-36 Manual. CPI's copying of the C-36 Manual was particularly flagrant with portions lifted verbatim. Selling the CPI knock-off violates the Agreement and federal law. **CISI and CPI must IMMEDIATELY CEASE AND DESIST from selling the CPI knock-off of the C-36 Manual**.

The consequences of copyright infringement are significant. Given CISI's and CPI's apparently willful infringement, Television Education is entitled to recover not only an injunction to prevent any future sales of the infringing work, 17 U.S.C. § 502; but impoundment and disposition of any infringing articles that have been created, *id.* § 503; all profits made by CISI and CPI on the infringing work, *id.* § 504; and statutory damages of up to $150,000.00 per infringed work, *id.* In addition, the court may award the prevailing party reimbursement from the infringing party for the attorneys' fees and court costs incurred in pursuing the action. *Id.* § 505.

If you wish to avoid litigation, we require the following from you no later than June 10, 2016:

1. Provide written assurance that you, CISI and CPI and any person acting in concert with you, CISI and CPI will immediately cease all production, reproduction, publishing, provision, distribution, transmission, display, performance, advertising, licensing and sale of the CPI knock-offs of the Subject Manuals.

2. Send all existing copies of the CPI knock-offs to my attention at the following address:
>   Boutin Jones Inc.
>   555 Capitol Mall, Suite 1500
>   Sacramento, California 95814


<mark>Leonid Vorontsov
Contractors Intelligence School, Inc.
Contractors Publisher, Inc.
Re:     **Television Education, Inc.**
June 6, 2016
Page 4</mark>

3.      Provide financial accounting and sales records sufficient to identify all sales or other transfers of any of the CPI knock-offs of the Subject Manuals, including the identities of the recipients, the dates of the sales or transfers, and the amounts received by CISI or CPI for such knock-offs.

Television Education reserves all of its rights under the Agreement and the Copyright Act, including the right to seek disgorgement of all profits received by you, CISI and CPI, and reimbursement of attorneys' fees incurred by Television Education in connection with this matter.

If CISI requires B, C-33, or C-36 Manuals for current students, please order them from Television Education as you have since April 2011.

Finally, be aware that Television Education's CEASE AND DESIST DEMAND does not constitute a waiver of its right to pursue legal action should it be determined that copyrights of other educational materials have been infringed.

Please let me hear from you no later than June 10, 2016.

Sincerely,

BOUTIN JONES INC.

By: *[signature: Michael E Chase]*
          Michael E. Chase