**BOUTIN JONES INC.**
Michael E. Chase (SBN 214506)
mchase@boutinjones.com
Bashar S. Ahmad (SBN 258619)
bahmad@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Plaintiff
Television Education, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| TELEVISION EDUCATION, INC. | ) | **Case No. 2:16-cv-01433-WBS-EFB** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING PLAINTIFF TELEVISION EDUCATION, INC. TO FILE A FIRST AMENDED COMPLAINT; AND NOTICE OF WITHDRAWAL OF MOTION TO STRIKE AFFIRMATIVE DEFENSES** |
| vs. | ) | |
| CONTRACTORS INTELLIGENCE SCHOOL, INC.; CONTRACTORS PUBLISHER, INC.; and DOES 1-25, | ) | |
| Defendants. | ) | |
| | ) | **Trial Date:      Not yet set** |
| | ) | **Date Action Filed:   June 23, 2016** |

        Plaintiff Television Education, Inc. ("Television Education") and Defendants Contractors Intelligence School, Inc. and Contractors Publisher, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows and propose that the Court enter an order consistent with the terms present.

## RECITALS

        **WHEREAS,** on June 23, 2016, Television Education filed its Complaint for Copyright Infringement and Demand for Jury Trial ("Complaint") against Defendants.

1

1   **WHEREAS,** on July 18, 2016, Defendants filed their Answer to the Complaint.

2   **WHEREAS**, on August 8, 2016, Television Education filed its Motion to Strike

3   Defendants' Affirmative Defenses Nos. 4, 5, 6, 7, 11, 12, 20, 24 and 25 ("Motion to Strike").  The

4   Motion to Strike was noticed for September 6, 2016.

5   **WHEREAS**, on August 19, 2016, Television Education renoticed the Motion to Strike to

6   October 17, 2016.

7   **WHEREAS**, to minimize litigation costs and to serve the interests of justice, counsel for

8   Television Education and Defendants have agreed to permit Television Education to file its First

9   Amended Complaint for Copyright Infringement and Demand for Jury Trial ("First Amended

10   Complaint").

11   **NOW, THEREFORE**, Television Education and Defendants stipulate that the Court may

12   enter an Order granting Television Education leave to file the First Amended Complaint, a true and

13   correct copy of which is attached hereto as **Exhibit A**.

14   It is further stipulated and understood that Television Education's Motion to Strike is

15   withdrawn, without prejudice.

16

17   **SO STIPULATED**

18

19   DATED:  September 19, 2016                 **BOUTIN JONES INC.**

20

21                                             By:_____/s/BASHAR AHMAD_____
                                                      MICHAEL E. CHASE
                                                      BASHAR AHMAD

22                                             Attorneys for Plaintiff Television Education, Inc.

23

24

25

26

27
28   STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TELEVISION EDUCATION, INC. TO
     FILE A FIRST AMENDED COMPLAINT; AND NOTICE OF WITHDRAWAL OF MOTION TO STRIKE
     AFFIRMATIVE DEFENSES

DATED:  September 19, 2016                    **TINGLEY LAW GROUP, PC**

                                              By:_____/s/ KEVIN W. ISAACSON  (W/ PERMISSION)
                                                      KEVIN W. ISAACSON

                                              Attorneys Defendants Contractors Intelligence
                                              School, Inc. and Contractors Publisher, Inc.


                                              **ORDER**


    **IT IS ORDERED** that Plaintiff Television Education, Inc. ("Television Education") has

leave to file the First Amended Complaint for Copyright Infringement and Demand for Jury Trial

("First Amended Complaint").   Plaintiff shall file the First Amended Complaint within twenty (20)

days of entry of this Order


    **IT IS SO ORDERED**

Dated:  September 20, 2016                     _____

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TELEVISION EDUCATION, INC. TO
FILE A FIRST AMENDED COMPLAINT; AND NOTICE OF WITHDRAWAL OF MOTION TO STRIKE
AFFIRMATIVE DEFENSES