1  **BOUTIN JONES INC.**
   Michael E. Chase (SBN 214506)
2  mchase@boutinjones.com
   Bashar S. Ahmad (SBN 258619)
3  bahmad@boutinjones.com
   555 Capitol Mall, Suite 1500
4  Sacramento, CA 95814
   Telephone: (916) 321-4444
5  Facsimile: (916) 441-7597

6  Attorneys for Plaintiff
   Television Education, Inc.
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                  **SACRAMENTO DIVISION**

11 TELEVISION EDUCATION, INC.          ) **Case No. 2:16-cv-01433-WBS-EFB**
                                        )
12              Plaintiff,              ) **STIPULATION AND [~~PROPOSED~~]**
                                        ) **ORDER TO MODIFY STATUS**
13       vs.                            ) **(PRETRIAL SCHEDULING) ORDER TO**
                                        ) **EXTEND TIME TO COMPLETE EXPERT**
14 CONTRACTORS INTELLIGENCE SCHOOL,     ) **DISCOVERY**
   INC.; CONTRACTORS PUBLISHER, INC.;   )
15 LEONID VORONTSOV; OKSANA             )
   VORONTSOV; and DOES 1-25,            )
16                                      )
                                        )
17              Defendants.             )
   _____)

18         Plaintiff Television Education, Inc. ("Television Education") and Defendants Contractors

19 Intelligence School, Inc.; Contractors Publisher, Inc.; Leonid Vorontsov and Oksana Vorontsov

20 ("Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows

21 and propose that the Court enter an order consistent with this Stipulation.

22         WHEREAS, pursuant to the Status (Pretrial Scheduling) Order filed October 19, 2016, the

23 deadline for parties to disclose experts  and produce reports in accordance with Federal Rule of

24 Civil Procedure 26(a)(2) is March 31, 2017; the deadline to disclose rebuttal experts and produce

25 reports is April 28, 2017; and the deadline to complete discovery is May 31, 2017; and

26         WHEREAS, Plaintiff and Defendants have been diligently engaged in factual and

27 percipient witness discovery; and

28

                                         1
   _____
   STIPULATION AND [PROPOSED] ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO
                  EXTEND TIME TO COMPLETE EXPERT DISCOVERY
   850034.1

1    WHEREAS, despite their diligence, and due to the schedules of witnesses and counsel, the

2    parties do not anticipate they will be able to complete factual and percipient witness discovery and

3    depositions in time to comply with the March 31 deadline to disclose experts; and

4    WHEREAS, the parties have not requested any prior modification of the Status (Pretrial

5    Scheduling) Order; and

6    WHEREAS, Plaintiff and Defendants agree and stipulate that parties should have an

7    additional 30 days within which to complete expert discovery;

8    IT IS HEREBY STIPULATED AND AGREED that good cause exists for this Court to

9    enter an Order modifying the Status (Pretrial Scheduling) Order so that the deadline to disclose

10   experts shall be extended to May 1, 2017; the deadline to disclose rebuttal experts shall be

11   extended to May 30, 2017; and the deadline to complete expert discovery only shall be extended to

12   June 30, 2017.

13   **SO STIPULATED:**

14

15   DATED:  February 10, 2017              **BOUTIN JONES INC.**

16                                          By:_____/s/*MICHAEL E. CHASE*_____

17                                                   MICHAEL E. CHASE
                                                     BASHAR AHMAD

18
                                           Attorneys for Plaintiff Television Education, Inc.
19

20

21   DATED:  February 10, 2017              **TINGLEY LAW GROUP, PC**

22                                          By:_____/s/ *STEPHEN D. COLLINS  (W/ PERMISSION)*

23                                                   STEPHEN D. COLLINS

24                                          Attorneys Defendants Contractors Intelligence
                                           School, Inc.; Contractors Publisher, Inc.; Leonid
25                                          Vorontsov and Oksana Vorontsov

26

27
                                                   2
28   STIPULATION AND [PROPOSED] ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO
     EXTEND TIME TO COMPLETE EXPERT DISCOVERY

     850034.1

1    **ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER TO EXTEND TIME**

2    **TO COMPLETE EXPERT DISCOVERY**

3          Upon the stipulation of Plaintiff Television Education, Inc. and Defendants Contractors

4    Intelligence School, Inc.; Contractors Publisher, Inc.; Leonid Vorontsov and Oksana Vorontsov, by

5    and through their respective counsel, and good cause appearing,

6          **IT IS ORDERED** that the Status (Pretrial Scheduling) Order is modified so that the

7    deadline to disclose experts and produce reports in accordance with Federal Rule of Civil

8    Procedure 26(a)(2) shall be extended to May 1, 2017; the deadline to disclose rebuttal experts and

9    produce reports shall be extended to May 30, 2017; and the deadline to complete expert discovery

10   only shall be extended to June 30, 2017.

11         **IT IS SO ORDERED**

12

13   Dated:  February 13, 2017

                    WILLIAM B. SHUBB

14                       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER TO
    EXTEND TIME TO COMPLETE EXPERT DISCOVERY

850034.1