**BOUTIN JONES INC.**
Michael E. Chase (SBN 214506)
mchase@boutinjones.com
Bashar S. Ahmad (SBN 258619)
bahmad@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Plaintiff
Television Education, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TELEVISION EDUCATION, INC. | Case No. 2:16-cv-01433-WBS-EFB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF TELEVISION EDUCATION, INC. LEAVE TO FILE A SECOND AMENDED COMPLAINT AND MODIFYING SCHEDULING ORDER |
| vs. | |
| CONTRACTORS INTELLIGENCE SCHOOL, INC.; CONTRACTORS PUBLISHER, INC.; LEONID VORONTSOV; OKSANA VORONTSOV; and DOES 1-25, | |
| Defendants. | Trial Date: Not yet set<br>Date Action Filed: June 23, 2016 |

Plaintiff Television Education, Inc. ("Television Education") and Defendants Contractors Intelligence School, Inc.; Contractors Publisher, Inc.; Leonid Vorontsov and Oksana Vorontsov ("Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows and propose that the Court enter an order consistent with the terms present.

### **RECITALS**

**WHEREAS,** on June 23, 2016, Television Education filed its Complaint for Copyright Infringement and Demand for Jury Trial against initial Defendants Contractors Intelligence School,

1
STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TELEVISION EDUCATION, INC. TO FILE A SECOND AMENDED COMPLAINT AND MODIFYING SCHEDULING ORDER

863884.1

Inc. and Contractors Publisher, Inc.

**WHEREAS,** on September 22, 2016, Television Education filed its First Amended Complaint for Copyright Infringement and Demand for Jury Trial ("FAC") against Defendants.

**WHEREAS**, the parties thereafter engaged in the Rule 26(f) conference and filed a joint status report on October 10, 2016.

**WHEREAS**, at the time the joint status report was filed, the claims in the FAC were for alleged copyright violations arising from three manuals created by defendants which Television Education claimed were copied from its manuals, three other Television Education manuals of which Television Education claimed defendants had made unlawful photocopies, and one law-and-business exam preparation course for which defendants Leonid and Oksana Vorontsov had obtained a copyright registration which Television Education claimed were copied from its practice tests.

**WHEREAS**, Television Education served requests for production of documents on defendants seeking all manuals and tests used by defendants ("the Test Materials Requests") on November 3, 2016.

**WHEREAS**, defendants initially objected to the Test Materials Requests, and the parties met and conferred regarding those objections until Television Education filed a motion to compel as to the Test Materials Requests (and other issues) on January 25, 2017.

**WHEREAS**, after the motion to compel was filed, the parties met and conferred further, and defendants Contractors Intelligence School, Inc. and Contractors Publisher, Inc. ultimately agreed to produce documents in response to the Test Materials Requests, which (among other agreements) resulted in Television Education dropping the motion to compel.

**WHEREAS**, on and between February 24 and April 7, 2017, Television Education received the documents produced in response to the Test Materials Requests, and after reviewing them intends to assert additional claims based on certain of the materials produced.

**WHEREAS**, the parties agree that it would prevent unnecessary waste of the parties'

2
STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TELEVISION EDUCATION, INC. TO FILE A SECOND AMENDED COMPLAINT AND MODIFYING SCHEDULING ORDER

863884.1

efforts and judicial resources for Television Education to bring those claims in this action, in a Second Amended Complaint, rather than a new, separate lawsuit.

**WHEREAS**, the parties agree that given the significant expansion of issues in the case due to the further amendment of the FAC, additional time is necessary and justified by good cause for the parties to complete fact and expert witness discovery. Among other changes, the proposed Second Amended Complaint adds copyright claims based on several additional manuals and practice tests. The parties agree that a continuance of approximately 120 days (17 or 18 weeks) should permit sufficient time to complete fact and expert witness discovery and other pretrial preparations.

**WHEREAS**, pursuant to the Status (Pretrial Scheduling) Order filed October 19, 2016 (as amended on February 14, 2017), the deadline for the parties to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) is May 1, 2017, and the parties now agree that such deadline should be extended to August 28, 2017; the deadline to disclose rebuttal experts is May 30, 2017, and the parties now agree that such deadline should be extended to September 25, 2017; the deadline for the parties to complete fact discovery is May 31, 2017, and to complete expert discovery only is June 30, 2017, and the parties agree that such deadlines should be extended to a single deadline of October 27, 2017 ; that the deadline to file motions is now July 31, 2017, and the parties agree that such deadline should be extended to December 4, 2017; that the date of the final pretrial conference is now October 10, 2017, and that date should be re-set to a date available for the Court on or after February 12, 2018; and the date for trial is now December 5, 2017, and that date should be re-set to a date available for the Court on or after April 10, 2018.

**NOW, THEREFORE**, Television Education and Defendants stipulate that good cause exists for the Court to enter an Order granting Television Education leave to file the Second Amended Complaint, a true and correct copy of which is attached hereto as **Exhibit A**, and to enter an Order modifying the Status (Pretrial Scheduling) Order so that the deadline to disclose experts

STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TELEVISION EDUCATION, INC. TO FILE A SECOND AMENDED COMPLAINT AND MODIFYING SCHEDULING ORDER

863884.1

shall be extended to August 28, 2017; the deadline to disclose rebuttal experts shall be extended to September 25, 2017; and the deadline to complete all discovery shall be extended to October 27, 2017; that the deadline to file motions should be extended to December 4, 2017; that the date of the final pretrial conference should be re-set to a date available for the Court on or after February 12, 2018; and the date for trial should be re-set to a date available for the Court on or after April 10, 2018.

**SO STIPULATED**

DATED: April 12, 2017  **BOUTIN JONES INC.**

By: /s/ *MICHAEL E. CHASE*
　　MICHAEL E. CHASE
　　BASHAR AHMAD

Attorneys for Plaintiff Television Education, Inc.

DATED: April 12, 2017  **TINGLEY LAW GROUP, PC**

By: /s/ *STEPHEN D. COLLINS (AS AUTHORIZED ON APRIL 11, 2017)*
　　STEPHEN D. COLLINS
　　KEVIN W. ISAACSON

Attorneys for Defendants

4
STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TELEVISION EDUCATION, INC. TO FILE A SECOND AMENDED COMPLAINT AND MODIFYING SCHEDULING ORDER

863884.1

**ORDER**

**IT IS ORDERED** that Plaintiff Television Education, Inc. ("Television Education") is granted leave to file the Second Amended Complaint for Copyright Infringement and Demand for Jury Trial ("Second Amended Complaint"). Television Education shall file the Second Amended Complaint within twenty (20) days of entry of this Order.

**IT IS FURTHER ORDERED** that the Status (Pretrial Scheduling) Order is modified so that the deadline to disclose experts is extended to **8/28/2017**; the deadline to disclose rebuttal experts is extended to **9/25/2017**; and the deadline to complete all discovery is extended to **10/27/2017**; that the deadline to file motions is extended to **12/4/2017**; that the date of the final pretrial conference is re-set to **2/12/2018 at 1:30 p.m.**; and the date for trial is re-set to **4/10/2018 at 9:00 a.m.**

**IT IS SO ORDERED**

Dated: April 12, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5
STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TELEVISION EDUCATION, INC. TO FILE A SECOND AMENDED COMPLAINT AND MODIFYING SCHEDULING ORDER

863884.1