**BOUTIN JONES INC.**
Michael E. Chase (SBN 214506)
mchase@boutinjones.com
Bashar S. Ahmad (SBN 258619)
bahmad@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Plaintiff
Television Education, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TELEVISION EDUCATION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CONTRACTORS INTELLIGENCE SCHOOL, INC.; CONTRACTORS PUBLISHER, INC.; LEONID VORONTSOV; OKSANA VORONTSOV; and DOES 1-25,<br><br>Defendants. | **Case No. 2:16-cv-01433-WBS-EFB**<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTIONS TO COMPEL AND [PROPOSED] ORDER**<br><br>**Date:** August 16, 2017<br>**Time:** 10:00 am<br>**Place:** 501 I Street<br>13th Floor, Courtroom 8<br>Sacramento, CA 95814<br>**Judge:** Hon. Edmund F. Brennan |

Plaintiff Television Education, Inc. ("Television Education") and Defendants Contractors Intelligence School, Inc.; Contractors Publisher, Inc.; Leonid Vorontsov and Oksana Vorontsov ("Defendants"), by and through their undersigned counsel of record, agree to continue hearing on both parties' motions to compel (Docket Nos. 64 and 85) from August 16, 2017 to August 30, 2017, at 10:00 a.m. in Courtroom 8, before United States Magistrate Judge Edmund F. Brennan.

///

///

///

**SO STIPULATED**

DATED: August 8, 2017            **BOUTIN JONES INC.**

By:    /s/ *Michael E. Chase*
       MICHAEL E. CHASE
       BASHAR AHMAD

Attorneys for Plaintiff Television Education, Inc.


DATED: August 8, 2017            **TINGLEY LAW GROUP, PC**

By: /s/ *Kevin W. Isaacson (W/ Permission)*
       KEVIN W. ISAACSON

Attorneys for Defendants

### [~~PROPOSED~~] ORDER

**IT IS ORDERED** that the hearing on Plaintiff's Motion to Compel Defendants to Produce All Documents Responsive to Requests for Production of Documents Nos. 47, 48, 49 and 50 (Docket No. 85) and Defendant's Motion to Compel Plaintiff to Provide Further Responses to Requests for Production of Documents (Docket No. 64) in this matter be continued from August 16, 2017 to August 30, 2017, at 10:00 a.m., in Courtroom 8 of this Court.

Dated: August 8, 2017        _____
                                          UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE HEARING DATE ON MOTIONS TO COMPEL AND [PROPOSED] ORDER**
886828.1